Hoffner v Nelson (2019 NY Slip Op 00782)





Hoffner v Nelson


2019 NY Slip Op 00782


Decided on February 1, 2019


Appellate Division, Fourth Department



Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.


This opinion is uncorrected and subject to revision before publication in the Official Reports.



Decided on February 1, 2019
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., SMITH, CENTRA, CARNI, AND TROUTMAN, JJ.


1351 CA 17-02048

[*1]LEEANN B. HOFFNER, PLAINTIFF-APPELLANT,
v
DAVID E. NELSON, DEFENDANT-RESPONDENT. (APPEAL NO. 1.) 






WILLIAM MATTAR, P.C., ROCHESTER (MATTHEW J. KAISER OF COUNSEL), FOR PLAINTIFF-APPELLANT.
SMITH, SOVIK, KENDRICK & SUGNET, P.C., SYRACUSE (KRISTIN L. NORFLEET OF COUNSEL), FOR DEFENDANT-RESPONDENT. 


 Appeal from an order of the Supreme Court, Onondaga County (Donald A. Greenwood, J.), entered August 9, 2017. The order denied the motion of plaintiff to set aside a jury verdict. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs (see Smith v Catholic Med. Ctr. of Brooklyn & Queens , 155 AD2d 435, 435 [2d Dept 1989]; see also CPLR 5501 [a] [1]).
Entered: February 1, 2019
Mark W. Bennett
Clerk of the Court